IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
VERNON D. CARROLL,              )     2: 08-CV-00408 SOM
                                )
            Plaintiff,          )
                                )     ORDER EXTENDING TIME FOR
     vs.                        )     PLAINTIFF TO FILE AN AMENDED
                                )     COMPLAINT
ARNOLD SCHWARZENEGGER, N.       )
GRANNIS, RAYMOND E. BAKER,      )
KEN CLARK, S. SURY ADEVARA,     )
E. MAZIN, KINGS COUNTY,         )
                                )
            Defendants.         )
_____ )
```

ORDER EXTENDING TIME FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT

I.     INTRODUCTION.

Plaintiff Vernon Carroll is a prisoner proceeding pro se. On October 14, 2009, this court dismissed his Complaint and allowed him to file an amended complaint no later than November 10, 2009. On October 21, 2009, Carroll notified the court of a change of address. The court is uncertain whether Carroll received its October 14 order, which was sent to his previous address. This court is also concerned that Carroll may not have adequate time to prepare an amended complaint by November 10, if he only receives this court's October 14 order sometime this week. This court thus amends the previous order only to extend the time for Carroll to file an amended complaint. Carroll may file an amended complaint no later than Tuesday, November 24. To ensure that Carroll receives the October 14 order, and has adequate time to prepare an amended complaint if he so desires,

this court directs the clerk to update the caption to reflect the address change, and to send the October 14 order along with this order to his current address.

        IS SO ORDERED.

        DATED: Honolulu, Hawaii, October 26, 2009.



        /s/ Susan Oki Mollway

        Susan Oki Mollway
        Chief United States District Judge

Carroll v. Schwarzenegger, et al, 2: 08CV408 SOM; ORDER EXTENDING TIME FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT