IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Vernon D. Carroll, | ) | Civil No. 2:08-00408 LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| S. Sury Adevara and E. Mazin, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER TO SHOW CAUSE

On November 17, 2010, this Court issued an order directing pro se Plaintiff Vernon D. Carroll ("Plaintiff"), who was previously granted leave to proceed *in forma pauperis*, to file a declaration or affidavit by January 3, 2011 setting forth information necessary to identify Defendants S. Sury Adevara and E. Mazin (collectively "Defendants") for service.  The Court cautioned Plaintiff that, if he failed to do so, the Court would recommend that the case be dismissed pursuant to Federal Rule of Civil Procedure 4(m).  The Court also cautioned Plaintiff that the Court would not grant any further extensions for Plaintiff to provide Defendants' addresses for service.

Plaintiff's January 3, 2011 response provided the following addresses for Defendant Adevara: North Gentry Avenue, Fresno, California 93711; and East Townsend Avenue, Fresno, California 93727.  The Court has found that these are not sufficient addresses for the United States Marshal's Office to

attempt service of process on Defendant Adevara.

The Court, however, using the information about Defendant Adevara which Plaintiff provided, conducted a brief internet search and found the following person:

> Sampath Suryadevara
> 6637 North Gentry Avenue
> Fresno, California 93711.

Although the names are different, there are significant similarities between the person Plaintiff has identified as Defendant S. Sury Adevara and Sampath Suryadevara.  The Court therefore ORDERS Plaintiff to file a declaration by **February 4, 2011** stating whether Sampath Suryadevara is the person identified as Defendant S. Sury Adevara in this action.

The Court CAUTIONS Plaintiff that, if he fails to file his declaration by **February 4, 2011**, or if he states that Sampath Suryadevara is not the person he has identified as Defendant S. Sury Adevara, this Court will dismiss this action pursuant to Federal Rule of Civil Procedure 4(m).

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, January 12, 2011.

          /S/ Leslie E. Kobayashi
          Leslie E. Kobayashi
          United States District Judge

**VERNON D. CARROLL V. S. SURY ADEVARA, ET AL; CIVIL NO. 2:08-00408 LEK; ORDER TO SHOW CAUSE**