# MINUTES

|  |  |
|---|---|
| CASE NUMBER: | **2:08-CV-00408 SOM-LEK** |
| CASE NAME: | **ED Cal Carroll v. Adevara, et al.** |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

|  |  |  |  |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 02/03/2011 | TIME: | |

COURT ACTION:  EO: COURT ORDER REGARDING PLAINTIFF'S MOTION FILED JANUARY 31, 2011

  Before the Court is Plaintiff Vernon D. Carroll's ("Plaintiff") January 31, 2011 motion entitled "Motion to: Order Original Summons - CV-1A Embossed Court Seal Stamp on it; and Motion to: Request a Court Stamp Endorsed Second Amended Print-Out Court Statements (Filed on December 11, 2009); and Motion for: A Completed Summons" ("Motion for Documents").  Plaintiff apparently asks the district court to provide him with a file-stamped copy of his Second Amended Complaint, filed December 11, 2009.  Plaintiff states that he needs another copy because the Department of Corrections misplaced four boxes of his personal property when it transferred him from a state prison to the rehabilitation center where he is currently incarcerated.  He also states that it is difficult for him to remember all of the contents of the document.

  Under the circumstances, the Court HEREBY GRANTS the Motion and DIRECTS the Clerk's Office to send Plaintiff a file-stamped copy of the Second Amended Complaint with a copy of this order.  The Court, however, CAUTIONS Plaintiff that, although the Court is accommodating him in this instance, the district court generally charges fees for additional copies of court filings.  The Court reminds Plaintiff that he must retain copies of all documents he files and of all filings sent to him, either by the district court or opposing counsel.

  The Court also notes that Plaintiff states that his transfer, and the loss of his property, occurred soon after he filed the Second Amended Complaint.  The loss of Plaintiff's property and the granting of this Motion therefore have no effect on the pending deadlines for Plaintiff to complete the forms necessary to effect service.  The Court reminds Plaintiff that he must return the Notice of Submission of Documents, with

the associated documents, regarding Defendant E. Mazin by **February 11, 2011**, and Plaintiff must return the Notice of Submission of Documents, with the associated documents, regarding Sampath Suryadevara, identified in this action as Defendant S. Sury Adevara, by **February 28, 2011**.

    IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager