# MINUTES

CASE NUMBER: CV 2:08-00408 LEK

CASE NAME: Vernon D. Carroll v. Adevara, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Leslie E. Kobayashi    REPORTER:

DATE: 01/10/2012    TIME:

COURT ACTION: EO: COURT ORDER DENYING PLAINTIFF'S MOTION FILED JANUARY 6, 2012

On January 6, 2012, pro se Plaintiff Vernon D. Carroll ("Plaintiff") filed a motion entitled "Motion For: Third Review Under Awareness of the United State Marshals Default Under Errors of Seving Ability's As Set forth under Cause of Actions, And Imposition of Sanctions" ("1/6/12 Motion"). [Dkt. no. 68.] The Court construes the 1/6/12 Motion as a second motion for reconsideration of the Entering Order ("EO") that this Court filed on December 6, 2011. [Dkt. no. 64.]

For the reasons stated in the EO that this Court filed on January 6, 2012 denying Plaintiff's first motion for reconsideration of the December 6, 2011 EO, [dkt. no. 67,] Plaintiff's 1/6/12 Motion is HEREBY DENIED.

IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager